UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TIMOTHY MATTHEW LARSEN, | Case No. 2:14-cv-00682-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | |
| Defendants. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered May 2, 2014, regarding removal of this case to federal district court. On May 8, 2014, Defendants filed a signed Statement (Dkt. #4) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required.

This matter is before also before the court on the parties' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (Dkt. #1) May 1, 2014. Defendants filed an Answer (Dkt. #6) May 21, 2014. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., July 1, 2014,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

**IT IS FURTHER ORDERED** that the parties shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., July 1, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 26th day of June, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE